# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2503

_____

STATE OF FLORIDA,

Appellant,

v.

ANTIONE BERNARD HILLS,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.

July 30, 2019

PER CURIAM.

AFFIRMED. *See Geralds v. State,* 674 So.2d 96, 99 (Fla. 1996).

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellant.

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellee.